# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:17CR146 |
| vs. | ) | ORDER |
| ALFORT HENRY, | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion for an extension of time made by Federal Public Defender, David R. Stickman, counsel for defendant Alfort Henry. The motion was made on August 7, 2017, at the hearing held on defendant's Motion to Reconsider Detention. Present for the government was Assistant U.S. Attorney, Thomas J. Kangior. The defendant seeks an additional sixty days in which to file pretrial motions in accordance with the progression order. The defendant stated in open court that he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Government's counsel represented he has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Alfort Henry's oral motion for an extension of time is granted. The defendant is given until **on or before October 6, 2017,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between August 11, 2017, and October 6, 2017**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 8th day of August, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge