IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALFORT HENRY<br><br>                Defendant. | **8:17CR146**<br><br>**ORDER** |

This matter is before the court on the government's unopposed Motion to Continue [77]. The parties anticipate a plea in this matter, but seek additional time to negotiate the terms of the plea agreement. For good cause shown,

**IT IS ORDERED** that the government's unopposed Motion to Continue [77] is granted as follows:

1. The jury trial, now set for June 5, 2018, is continued to **July 10 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 10, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 30th day of May, 2018.

                                      BY THE COURT:

                                      s/Susan M. Bazis
                                      United States Magistrate Judge